General Complaint Form for Pro Se Litigants

FILED

2010 MAR 19 PM 12 28

U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA

Lonnie Williams

CV-10-TMP-0583-S

_____

_____

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

City OF Bham Police Dept
CHEiF OF Police A.C Roper
Office Amir
And Office on Duty in That matter OF Concern

(Enter above the full name(s) of the
defendant(s) in this action.)

1.    At all times hereinafter mentioned, plaintiff was and still is a resident of Bham
in City OF Bham AL _____. Plaintiff resides at

_____.

2.    Defendant Agency OF Law in State, a corporation
incorporated under the laws of State OF Alabama and has a main
office at 710 20th Ave N∂ and is licensed to do business
in Bham AL . Defendant's official business address
is _____.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant _City  O F  Bham ~ PoliceDept_

is a state agency.

**OR**

Defendant _Police CHEiF  A.C. RoPer_____ is a resident of
_ALAbama_____. Defendant resides at _State_____

_____.

3.  The jurisdiction of this court is invoked pursuant to _Civil Rights_
_Violations, Plus Federal Question___. (List statutes.)

4.  Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

_ON  July  20th  2008  ArouNd  5:00 or 5:30_
_I was Publidy Embarrass By Two_
_Bham Police OFFicErs For NO REASON_
_At All in detail I was Walking_
_BEtWEEN 3rd AUE SO ANd 4th AUE SO_

On My WAy to do Some Shopping At
the NEAr by Family Dollar. And OFFicer
Amir And his Female Partner detained
ME As iF I WAs A Criminal, And
This WAs his Second Time doing
So. he did The Same Thing in Forrest Park
About A month BEForE ThEN

5.    Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

To Stop This Kind OF BEhavior OF
hardship giv'nt by LAw OFFicers in
this Country. Also DEmages to PlAint,FF
in PArt As montAry Would maybe helpful
And A WrittEn Apology From All
NAME DEFEndants invoIVE And WhatEvEr
ThE Courts SEnm Fitting For Such A Mistake

3 - 19 - 2010
Date

_____
Telephone Number

_____
FAX Number (If Available)

Signature of Plaintiff

Lonnie Williams
Name (Please Print)

2229 morris AoE NO
Street Address

Bham AL 35203
City, State        Zip Code

3

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

Signature of Plaintiff

Dated: 3 - 19 - 2010

7/14/06

4

3-19-2010

I Lonnie Williams Would Like
The Courts to Know that on July
20th 2008 Around 5:00-5:30 P.M.
I was Publicly Embarrass By two Bham
Police Officers in the Avondale Area.
this was the Second time one of
the Officers detinned me the First
time was in the Forrest Park Area.
The Office of Fault Would be Dfficer
Amir, For Which I made two Efforts
of Stopping him From doing. By
taking my Concern with his behavior
to the dept. Intenal Affairs, For Which
I got know Relief From. Because
it happen Agin this year on Jan.22
Around 5:00 or 5:30 With Another
Office in that Area For What
he calls maybe procedure, And I may
Call it A Violation of my Civil Rights.

Attactments, to General ComPlaint.

Witness List Also.

Lonnie Williams

3-19-2010
My Witness List to the Courts.

1. Geogre Ann Parker OF Forrest Park
2. Leah Hazzard of Forrest Park
3. Calarice Jones OF Forrest Park
4. Dalia Abroms OF Forrest Park
5. Officer Bynum Bham Police Dept South Pre.
6. Det. Patterson Bham Police Dept.
7. Officer Chanler North Prec. Bham Police Dept
8. Sgt. Jones North Prec. Bham Police Dept
9. Gary Erwin Bham Police Dept East Prec.